IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SALT LAKE CITY CORPORATION, a Utah municipal corporation; BP PRODUCTS NORTH AMERICA, INC., a Maryland corporation; and CHEVRON U.S.A. INC., a Pennsylvania corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>ERM-WEST, INC., a California corporation; COMPASS ENVIRONMENTAL, INC., a Delaware corporation; and WRS INFRASTRUCTURE AND ENVIRONMENT, INC., a North Carolina corporation, d/b/a WRSCOMPASS, INC.,<br><br>                    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE REFERENCES TO THE DEEPWATER HORIZON OIL SPILL IN THE GULF OF MEXICO AND THE RED BUTTE CREEK OIL SPILL IN SALT LAKE CITY<br><br><br><br>Case No. 2:11-CV-1174 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Plaintiffs' Motion in Limine to Exclude References to the Deepwater Horizon Oil Spill in the Gulf of Mexico and the Red Butte Creek Oil Spill in Salt Lake City.  Plaintiffs seek exclusion of evidence and argument related to these spills, arguing that such evidence is irrelevant and unduly prejudicial.

Under Federal Rule of Evidence 401, "[e]vidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action."  Rule 403 states that "[t]he court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time,

or needlessly presenting cumulative evidence."  "Rule 403 does not protect a party from all prejudice, only unfair prejudice."[1]

Having considered the parties' arguments, the Court finds that evidence of these spills has no relevance to the issues in this case.  Any minimal relevance such evidence may have is substantially outweighed by the danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, and wasting time.  Therefore, it will be excluded.

It is therefore

ORDERED that Plaintiffs' Motion in Limine to Exclude References to the Deepwater Horizon Oil Spill in the Gulf of Mexico and the Red Butte Creek Oil Spill in Salt Lake City (Docket No. 471) is GRANTED.

DATED this 3rd day of February, 2016.

BY THE COURT:

Ted Stewart
United States District Judge

---

[1] *Deters v. Equifax Credit Info. Servs., Inc.*, 202 F.3d 1262, 1274 (10th Cir. 2000).